1 | Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
2 | SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
3 | San Francisco, CA 94104
(415) 882-7900
4 | (415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
5 | mstafford@sjlawcorp.com

6 | Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al., | Case No.: C09-3212 MHP |
| Plaintiffs, | **REQUEST TO RESET CASE MANAGEMENT CONFERENCE; DECLARATION OF MICHELE R. STAFFORD IN SUPPORT THEREOF** |
| v. | |
| CRYSTAL NICOLE THOMAS, individually and dba CALIFORNIA PROFESSIONAL PAINTING, | |
| Defendant. | |

Plaintiffs respectfully request that the Case Management Conference scheduled for October 26, 2009, at 4:00 p.m., be reset for approximately ninety (90) to one hundred and twenty (120) days, as follows:

1. A Complaint was filed in this action on July 14, 2009, and served thereafter, to compel Defendant to report and pay contributions for hours worked by its employees for the month of May 2009, and to compel an audit of Defendant's records by the Plaintiffs.

2. Thereafter, Defendant did pay May 2009 contributions, but became delinquent for June 2009 contributions, and did not schedule the audit.

3. On October 6, 2009, Plaintiffs' filed a Request for Entry of Default and Default was entered on October 26, 2009. Plaintiffs were prepared to file a Motion for Default Judgment

1 when we were notified that Defendant scheduled the audit with the Funds' auditor, who has reviewed the necessary documents.

4. The auditor is in the process of analyzing the documents for preparation of an audit report. After the report is completed, the auditor will send a draft copy to Defendant for review. In the event that the Defendant opposes the findings, the parties will attempt to resolve the issues formally. If the matters cannot be resolved, Plaintiffs will file a Motion for Default Judgment.

5. If Defendant pays any and all amounts found due, Plaintiffs will dismiss the action.

6. Therefore, there is nothing for the Court to consider at this time.

7. Plaintiffs respectfully request that the Court reset the Case Management Conference for a period of ninety (90) to one hundred and twenty (120) days (preferably 120) in order to allow sufficient time for the audit report to be completed, reviewed, and finalized, sent to Defendant for review, and resolution of any disputes between the parties.

I declare under penalty of perjury that I am the attorney for the plaintiffs in the above entitled action, and that the foregoing is true to the best of my knowledge and belief.

Executed this 28th day of October, 2009 at San Francisco, California.

                                        SALTZMAN & JOHNSON
                                         LAWCORPORATION

               By:           /s/
                    Michele R. Stafford
                    Attorneys for Plaintiffs

IT IS SO ORDERED.

The Case Management Conference in this action is hereby reset to March 1, 2010. at 4:00 p.m., Courtroom 15, 18th Floor, 450 Golden Gate Ave., S.F., CA.

Dated: October 29, 2009                              _____
                                                   HONORABLE MARILYN H. PATEL

## PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On October 28, 2009, I served the following document(s):

**REQUEST TO RESET CASE MANAGEMENT CONFERENCE; DECLARATION OF MICHELE R. STAFFORD IN SUPPORT THEREOF**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

**Crystal Nicole Thomas**
**California Professional Painting**
**9 Lois Lane**
**San Francisco, CA 94134**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 28th day of October, 2009, at San Francisco, California.

_____/s/_____
Qui X. Lu

-1-
**PROOF OF SERVICE**
**Case No.: C09-3212 MHP**

P:\CLIENTS\PATCL\CALPRO2\Pleadings\Complaint 071309\C09-3212 MHP - Req to Reset CMC 102809.DOC