UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND AND ITS JOINT BOARD OF TRUSTEES, et al.,<br><br>  Plaintiff(s),<br><br>   v.<br><br>CRYSTAL NICOLE THOMAS, Individually and dba CALIFORNIA PROFESSIONAL PAINTING,<br><br>  Defendant(s). | No. C09-3212 MHP (BZ)<br><br>**ORDER RE WRIT OF EXECUTION** |

The Court has reviewed plaintiffs' application for a Writ of Execution. If defendant has any objection to the issuance of the Writ, she shall file the objection in writing by **July 12, 2010**. Absence such objection, the Court intends to grant plaintiff's motion. Plaintiff shall submit a proposed order to the following address: bzpo@cand.uscourts.gov

Dated: June 30, 2010

                                             _____
                                                   Bernard Zimmerman
                                             United States Magistrate Judge

G:\BZALL\-REFS\BD OF TRUSTEES v. THOMAS\ORDER RE WRIT OF EXECUTION.wpd

1