Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CRYSTAL NICOLE THOMAS, individually and dba CALIFORNIA PROFESSIONAL PAINTING,<br><br>Defendant. | Case No.: C09-3212 MHP<br><br>[PROPOSED] ORDER RE ISSUANCE OF WRIT OF EXECUTION |

GOOD CAUSE APPEARING, IT IS ORDERED that a Writ of Execution be issued against Crystal Nicole Thomas, individually and doing business as California Professional Painting, in the amount of **$257,560.93,** plus 5% per annum interest ($29.74 per diem) on the Stipulation balance, audit under payments, contributions, and liquidated damages ($217,124.05) and at the legal rate of 0.36% per annum interest (Federal Reserve Release Date for the week of May 24, 2010) ($0.40 per diem) on the other amounts due ($40,436.88), beginning May 26, 2010, until satisfied.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction over this matter.

**IT IS SO ORDERED.**

Dated: August __13__, 2010

_____
MARILYN H. PATEL
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED. Judge Marilyn H. Patel*

-1-
[PROPOSED] ORDER RE ISSUANCE OF WRIT OF EXECUTION
Case No.: C09-3212 MHP

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-
**[PROPOSED] ORDER RE ISSUANCE OF WRIT OF EXECUTION**
**Case No.: C09-3212 MHP**
P:\CLIENTS\PATCL\CALPRO2\Post-Judgment\C09-3212 MHP Writ Request\Writ Request\C09-3212 MHP [Proposed] Order re Writ 081210.DOC